**FILED**

JAN 0 8 2018

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-11-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| JEREMY MICHAEL SULLIVAN, | |
| Defendants. | |

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Jeremy Michael Sullivan appeared before the Court on October 3, 2017, and entered a plea of guilty to prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count I). He also admitted the forfeiture allegation and submitted a signed stipulation of forfeiture. The defendant's entry of a guilty plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

IT IS ORDERED:

THAT Defendant's interest in the following property is forfeited to the United States in accordance with U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

1) J.C. Higgins by Sears, Roebuck and Co, Model 593.22, 20 gauge, bolt action shotgun.

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 8th day of January, 2018.

SAM E. HADDON
United States District Court Judge