IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-11-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| JEREMY MICHAEL SULLIVAN, | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings.[1] For good cause being shown,

ORDERED:

The forfeiture action in the above-captioned case is DISMISSED with prejudice.

DATED this 27th day of April, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 42.