# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-11-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JEREMY MICHAEL SULLIVAN, | |
| Defendants. | |

The United States' Unopposed Motion to Permit Video Testimony (Doc. 57) is GRANTED. Dr. Kuntz may testify by video at the revocation hearing set for June 11, 2020, at 2:30 p.m.. The United States shall make arrangements with the Clerk's office and Dr. Kuntz.

DATED this 3rd day of June, 2020.

*Sam E. Haddon*
Sam E. Haddon
United States District Judge