IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-11-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JEREMY MICHAEL SULLIVAN, | |
| Defendant. | |

Pending before the Court is the United States' unopposed motion for telephonic testimony of one of its witnesses. For good cause shown,

IT IS ORDERED that Patricia Pizzo may testify by telephone for the revocation hearing set January 21, 2021, in Helena, Montana. The United States shall make arrangements with the Court Clerk's staff and Ms. Pizzo.

DATED this 15th day of January, 2021.

SAM E. HADDON
United States District Judge

1